**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**WESTERN DIVISION (LOS ANGELES)**

| | |
|---|---|
| In re: *Ex Parte* Application of SHEIKH WALID BIN IBRAHIM AL IBRAHIM for an Order Pursuant to 28 U.S.C. § 1782 to Obtain Discovery for Use in a Foreign Proceeding,<br><br>                    Applicant. | Case No. 2:22-mc-192-DSF-MAA<br><br>**ORDER ADOPTING THE U.S. MAGISTRATE JUDGE'S REPORT & RECOMMENDATION ON THE *EX PARTE* APPLICATION FOR AN ORDER PURSUANT TO 28 U.S.C. § 1782 TO OBTAIN DISCOVERY FOR USE IN A FOREIGN PROCEEDING** |

Upon consideration of the Petition for Discovery in Aid of a Foreign Proceeding Pursuant to 28 U.S.C. § 1782 (the "Petition," ECF No. 1), submitted by Petitioner Sheikh Walid bin Ibrahim al Ibrahim, all papers submitted in support thereof, and the U.S. Magistrate Judge's Report and Recommendation ("R&R") issued on October 31, 2022 (ECF No. 13), this Court **ACCEPTS AND ADOPTS** the Magistrate Judge's R&R.  It is therefore

**ORDERED** that the Petition is granted in part and denied in part as set forth in the U.S. Magistrate Judge's R&R;

**ORDERED** that Petitioner is hereby authorized to serve the Subpoena to Testify at a Deposition for Use in a Foreign Proceeding and the Subpoena to Produce Documents for Use in a Foreign Proceeding, attached as Exhibits 1 and 2, respectively, to the Applicant's Response to the U.S. Magistrate Judge's Report and Recommendation, upon John David Britt;

**ORDERED** that John David Britt comply with such Subpoenas in accordance with and subject to his rights under the Federal Rules of Civil Procedure and the Rules of this Court;

**ORDERED** that Mr. Britt shall have thirty (30) calendar days from the date of service of the Subpoenas to file any motions in this Court to contest them, which date may be extended by agreement of the parties or order of the Court.  To allow for such motions, the return date on the Subpoenas must be set at least thirty-one (31) days after the date of service.  Mr. Britt's obligation to respond to the Subpoenas is automatically stayed upon his filing of any motion contesting the Subpoenas and such stay shall remain in effect until such motions are resolved; and it is further

**ORDERED** that with respect with the discovery denied here, such denial is without prejudice to a subsequent application should the circumstances change in

the relevant legal proceedings against Applicant and his brother in the High Court of Justice of England and Wales, Queen's Bench Division, Commercial Court.

IT IS SO ORDERED.

DATED: November 16, 2022

_____
Honorable Dale S. Fischer
UNITED STATES DISTRICT JUDGE